| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HART, WILLIAM T | 2. Court or Organization<br><br>NORTHERN DISTRICT OF ILLINOIS | 3. Date of Report<br><br>5/4/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. SENIOR DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2 04<br>to<br>12/31/2004 |
| 7. Chamber or Office Address<br><br>219 SOUTH DEARBORN STREET<br><br>ROOM 2246<br><br>CHICAGO, ILLINOIS 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CHAIRMAN AND DIRECTOR | NORTHERN DISTRICT OF ILLINOIS COURT HISTORICAL ASSOCIATION (an Illinois not-for-profit organization) |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 9 10 50 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ N●NE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  HARRIS BANK (Checking) | A | Interest | K | T | | | | | |
| 2.  MORGAN STANLEY DEAN WITTER | | | | | | | | | |
| 3.  -- (MSDW) LIQUID ASSET FUND | A | Interest | K | T | | | | | |
| 4.  -- (MSDW) U.S. GOV. SEC. B. | B | Dividend | | | SOLD | 5/12 | M | A | |
| 5.  IRA #1 | E | Distribution | O | T | | | | | |
| 6.  -- MSDW U.S. GOV. SEC. B | | | | | | | | | |
| 7.  -- MSDW U.S. LIQUID ASSET FUND | | | | | | | | | |
| 8.  -- FORD MOTOR CREDIT CO. | | | | | CALLED | 11/22 | L | | |
| 9.  -- GENERAL MOTORS AC | | | | | BUY | 11/22 | M | | |
| 10.  IM-IT BOND FUND 79 | A | Interest | J | T | | | | | |
| 11.  SUNRISE WATER & GAS | A | Interest | J | T | | | | | |
| 12.  ILL. GEN. OB BONDS | B | Interest | | | CALLED | 3/1 | K | A | |
| 13.  BRITISH PETROLEUM | A | Dividend | K | T | | | | | |
| 14.  CHICAGO INT'L ARPT. BOND | A | Interest | | | CALLED | 1/2 | J | A | |
| 15.  ILL. RURAL BD. BK. REV. BOND | B | Interest | K | T | | | | | |
| 16.  PALM BEACH SCHOOL BD. | A | Interest | | T | CALLED | 8/2 | J | A | |
| 17.  BIRMINGHAM W & S | A | Interest | | T | CALLED | 1/2 | J | A | |
| 18.  FAYETTE SCHOOL DISTRICT | A | Interest | | T | CALLED | 3/1 | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HART, WILLIAM T | 5/4/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. DADE SCHOOL DISTRICT BE | B | Interest | | T | CALLED | 5/2 | K | A | |
| 20. C. MI. U. REV. OID | A | Interest | J | T | | | | | |
| 21. CLARK CITY, NEW APPT. R. | A | Interest | J | T | | | | | |
| 22. MARICOPA, AZ ELEM. SCH. DIST. | B | Interest | K | T | | | | | |
| 23. MI ST. HOSP. FIN. AUTH. | A | Interest | J | T | | | | | |
| 24. EASTERN ILL. UNIV. REV. B. | B | Interest | K | T | | | | | |
| 25. LORRAINE CITY, OHIO HEALTH F/R/C/P | B | Interest | K | T | | | | | |
| 26. JENNINGS, IND. SCH. CORP. | B | Interest | K | T | | | | | |
| 27. MASS. MUTUAL LIFE INS. (Paid-up life insurance) | | None | J | T | | | | | |
| 28. MERCK & CO. | A | Dividend | K | T | | | | | |
| 29. BRISTOL MEYERS SQUIBB | B | Dividend | K | T | | | | | |
| 30. DUKE ENERGY | A | Dividend | K | T | | | | | |
| 31. WALGREEN | A | Dividend | J | T | | | | | |
| 32. HUDSON G.O. PURP. | A | Interest | K | T | BUY | 5/12 | K | | |
| 33. ALLEN G.O. | | | K | T | BUY | 5/12 | K | | |
| 34. LUZERNE CO. G.O. | A | Interest | K | T | BUY | 5/12 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

HART, WILLIAM T

Date of Report

5/4/2005

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date   MAY  4 , 2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544